# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WINDSTREAM SERVICES, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )   C.A. No. 17-1389-RGA |
| U.S. BANK NATIONAL ASSOCIATION, | ) )   **JURY TRIAL DEMANDED** |
| Defendant. | ) ) ) |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Windstream Services, LLC, hereby dismisses all claims in this action WITHOUT PREJUDICE. Each party shall bear its own fees and costs.

          Respectfully submitted,

          ROSS ARONSTAM & MORITZ LLP

*Of Counsel*:

Richard U.S. Howell
James H.M. Sprayregen, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
(312) 862-2000
richard.howell@kirkland.com
james.sprayregen@kirkland.com

Anna G. Rotman, P.C.
KIRKLAND & ELLIS LLP
609 Main Street
Houston, TX  77002
(713) 836-3600
anna.rotman@kirkland.com

          */s/ David E. Ross*
          David E. Ross (#5228)
          100 S. West Street, Suite 400
          Wilmington, DE  19801
          (302) 576-1600
          dross@ramllp.com

          *Counsel for Plaintiff Windstream Services, LLC*

Stephen E. Hessler, P.C.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY  10022-4611
(212) 446-4800
stephen.hessler@kirkland.com

*Counsel for Plaintiff Windstream Services, LLC*


Dated:  October 16, 2017

## **CERTIFICATE OF SERVICE**

I, David E. Ross, hereby certify that on October 16, 2017, a true and correct copy of the foregoing *Notice of Dismissal* was served via electronic mail upon the following counsel of record:

| | |
|---|---|
| Stephen E. Jenkins<br>Tiffany Geyer Lydon<br>ASHBY & GEDDES, P.A.<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE  19899<br>sjenkins@ashby-geddes.com<br>tlydon@ashby-geddes.com<br><br>*Counsel for Defendant*<br>*U.S. Bank National Association* | Edward A. Friedman<br>Daniel B. Rapport<br>Jeffrey C. Fourmaux<br>Christopher M. Colorado<br>FRIEDMAN KAPLAN SEILER & ADELMAN LLP<br>7 Times Square<br>New York, NY  10036<br>efriedman@fklaw.com<br>drapport@fklaw.com<br>jfourmaux@fklaw.com<br>ccolorado@fklaw.com |

      */s/ David E. Ross*
      David E. Ross (#5228)